# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| TEN-X, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>REILY ENTERPRISES LLC, a Florida limited liability company; WILLIAM REILY, an individual, and DOES 1 through 6, inclusive,<br><br>      Defendants. | Case No. 8:18-cv-01476-JLS-DFM<br><br>**ORDER FOR VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court orders that this entire federal civil action is dismissed without prejudice with each party bearing his/her/its own attorneys' fees and costs and with no prevailing party finding for either party. The Clerk is directed to close the file. |

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court orders that this entire federal civil action is dismissed without prejudice with each party bearing his/her/its own attorneys' fees and costs and with no prevailing party finding for either party. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: February 11, 2019

JOSEPHINE L. STATON
―――――――――――――――――
HONORABLE JOSEPHINE L. STATON
U.S. District Judge